UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|    Plaintiff and | * |
|     Judgment Creditor, | * |
| | * |
| v. | *  Civil No. AMD-98-3763 |
| | * |
| HAZEL CORDRAY, | * |
| | * |
|    Defendant and | * |
|     Judgment Debtor, | * |
| | * |
| Sally Beauty Company, Inc. | * |
| Attention: Payroll Analyst | * |
| 3001 Colorado Blvd. | * |
| Denton, TX 76210, | * |
| | * |
|     Garnishee. | * |
| | * |

## WRIT OF CONTINUING GARNISHMENT

GREETINGS TO: Sally Beauty Company, Inc.

    An application for a Writ of Continuing Garnishment against the property of Hazel Cordray, defendant and judgment debtor (hereinafter "debtor"), has been filed with this Court. A judgment has been entered against the debtor in the amount of $4,976.08, plus interest in the legal rate of 8% from April 9, 1999, until paid in full. As of March 27, 2008, there remains due and owing to the creditor the sum of $4,058.02 plus costs, a 10% surcharge pursuant to 28 U.S.C. 3011, if applicable and applicable interest as determined by law.

    You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

    Please state whether or not you anticipate paying the debtor any future payments and

whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: United States District Court, 101 W. Lombard Street, 4th Floor, Room 4415, Baltimore, Maryland 21201.  Additionally, you are required by law to serve a copy of the answer to this Writ upon the debtor at: 102 Pebble Beach Drive, Elkton, MD 21921 and upon Thomas F. Corcoran, Assistant United States Attorney, at 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment.  Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment for anyone indebtedness.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court.  If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.  It is unlawful to pay or deliver to the debtor any item attached by this Writ.

FELICIA C. CANNON, CLERK
UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk