UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

APR 28 2008

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff and | * |
| Judgment Creditor, | * |
| | * |
| | * |
| v. | * Court No. AMD-98-3763 |
| | * |
| HAZEL CORDRAY, | * |
| | * |
| Defendant and | * |
| Judgment Debtor, | * |
| | * |
| and | * |
| | * |
| Sally Beauty Company, Inc. | * |
| Attention: Payroll Analyst | * |
| 3001 Colorado Blvd. | * |
| Denton, TX 76210 | * |
| | * |
| Garnishee. | * |

## ANSWER OF THE GARNISHEE

*CEDRIC* BEING DULY SWORN DEPOSES AND SAYS:
   (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _____

_.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a

partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _payroll manager_ of Garnishee, _Sally Beauty Co._ a corporation, organized under the laws of

the State of _TX_

On _21 of April_, 2008, Garnishee was served with the Writ of Continuing Garnishment. For the pay

period in effect on the date of service (shown above)

Yes    No

        1.      Judgment Debtor was in my/our employ.

        2.      Pay period is ___ weekly, _✓_ bi-weekly ___ semi-monthly, ___ monthly.

               Enter date present pay period began. (Present means the pay period in which

               this order and notice of garnishment were served)

Enter date above pay period ends.

        3.      Enter amount of net wages. Calculate below:

               (a) Gross Pay          $ 351.36

               (b) Federal income tax   $ -0-

               (c) F.I.C.A. income tax   $ 26.88

               (d) State income tax     $ 5.27

               Total of tax withholdings  $ 32.15

               Net Wages           $ 319.21
               (a less total of b,c,d)

        4.      Have there been previous garnishments in effect.

If the answer is yes, describe below.

          _NO_

        5.      The Garnishee has custody, control or possession

PAYROLL ADMINISTRATION

APR 2 1 2008

RECEIVED

of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $\_\_\_\_\_ | _____ |
| 2. $\_\_\_\_\_ | _____ |
| 3. $\_\_\_\_\_ | _____ |
| 4. $\_\_\_\_\_ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

\_\_    [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

\_\_    [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

\_\_    [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____,and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an

PAYROLL ADMINISTRATION
APR 2 1 2008
RECEIVED

interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment

Debtor, Hazel Cordray at 102 Pebble Beach Drive, Elkton, MD 21921, and (2) the attorney for the

United States, Thomas F. Corcoran, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor,

Baltimore, Maryland  21201.

 payroll analyst. Sally Beauty Co.

Garnishee

Subscribed and sworn to before me this

24 day of April 2008.

Notary Public

My Commission expires: 12-13-09

MARTHA ARTERBERRY
Notary Public, State of Texas
My Commission Expires
December 13, 2009

PAYROLL ADMINISTRATION
APR 2 1 2008
RECEIVED