UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Civil No.: AMD-98-3763 |
| | * | |
| HAZEL CORDRAY, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| SALLY BEAUTY COMPANY, INC. | * | |
| ATTN.: PAYROLL ANALYST | * | |
| 3001 COLORADO BLVD. | * | |
| DENTON, TX 76210 | * | |
| | * | |
| Garnishee. | * | |
| | * | |
| | * | |
| | * | |

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Plaintiff and Judgement Creditor herein, hereby

certifies that a copy of the Application for Writ of Continuing Garnishment and Writ of

Continuing Garnishment, along with the initial Clerk's Notice to Defendant and Judgement

Debtor was sent to the Defendant and Judgement Debtor by first class mail on April 15, 2008, to

the last known address of the Defendant and Judgement Debtor, and service was made upon the

Garnishee on April 17, 2008 .

ROD J. ROSENSTEIN

UNITED STATES ATTORNEY

By: _____
Thomas F. Corcoran
Assistant U.S. Attorney
36 S. Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No. 024894