UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and Judgment Creditor, | * | |
| v. | * | Civil No.: AMD-98-3763 |
| HAZEL CORDRAY, | * | |
| Defendant and Judgment Debtor, | * | |
| and | * | |
| SALLY BEAUTY COMPANY, INC.<br>ATTN.: PAYROLL ANALYST<br>3001 COLORADO BLVD.<br>DENTON, TX 76210<br>Garnishee. | * | |

FILED _____ ENTERED
_____ LODGED _____ RECEIVED
MAY 1 9 2008
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $4,058.02 plus additional interest until paid in full. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 28, 2008, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Hazel Cordray maintains an interest.

On or about April 17, 2008, the Defendant and Judgement Debtor was notified of her right to a hearing. No hearing was requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid for the relevant pay period pursuant to prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgement Debtor or until further Order of this Court.

5/19/08
Date

_____
HONORABLE ANDRE M. DAVIS
U. S. DISTRICT JUDGE